AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

MARGOT MARIA SLUKA

      Plaintiff(s),

      V.

RUSHMORE LOAN
MANAGEMENT SERVICES, LLC;
ROOSEVELT MANAGEMENT
COMPANY LLC; U.S. BANK
NATIONAL ASSOCIATION, not in
its individual capacity but solely as
Trustee for the RMAC Trust, Series
2016-C-7; and DOE ENTITIES 1-20

      Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case: CV 16-00357 JMS-KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 18, 2017

At 8 o'clock and 25 min a.m.
SUE BEITIA, CLERK

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the "Order: (1) Granting Defendant's Motion to Dismiss; and (2) Granting Plaintiff Leave to Amend Complaint" filed on October 26, 2016 and the Minute Order issued on January 17, 2017. It is further ordered the Clerk of Court shall close this case.

| January 18, 2017 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |